**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

| | | |
|---|---|---|
| STATE OF NEW YORK, NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES, | ) ) ) ) | |
| Petitioner, | ) ) ) | No. 26-1097 |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, et. al., | ) ) ) | |
| Respondents. | ) ) ) | |

**CERTIFIED INDEX OF RECORD**

In accordance with Rule 17 of the Federal Rules of Appellate Procedure, the undersigned, Stephen Hrabovsky, Acting Regional Field Administrator, Eastern Service Center at the Federal Motor Carrier Safety Administration, certifies the following to be a list of all available documents, exhibits, and other materials comprising the administrative record in the matter under review in this case. These documents are maintained by the United States Department of Transportation.

This list is filed instead of the record itself, which is being kept by the agency pursuant to Fed. R. App. P. Rule 17(b).

Date: 6/22/26

Digitally signed by
STEPHEN ROBERT
HRABOVSKY
Date: 2026.06.22
11:33:11 -04'00'

Stephen Hrabovsky
Federal Motor Carrier Safety Administration
U.S. Department of Transportation

| DOCUMENT NUMBER | DATE OF DOCUMENT | DESCRIPTION OF DOCUMENT |
|---|---|---|
| Doc. 1 | May 16, 2025 through June 10, 2025 | Emails re FY2025 APR Scheduling |
| Doc. 2 | July 1, 2025 through October 10, 2025 | Emails re FY2025 APR |
| Doc. 3 | Attachment to 7/17/25 email from NY DMV | List of Non-domiciled documents issued as of July 9, 2025 |
| Doc. 4 | Attachment to 10/10/25 email from NY DMV | List of Non-domiciled documents issued from July 9, 2025 to October 10, 2025 |
| Doc. 5 | August 12, 2025 | Policy Memorandum: Annual Program Review and Skills Test Reviews on the State's CDL Program |
| Doc. 6 | Attachments to 8/12/25 Policy Memo | Attachments to Policy Memorandum: Annual Program Review and Skills Test Reviews on the State's CDL Program Checklists A-F. |
| Doc. 7 | August 20, 2025 through September 4, 2025 | Email re FY2025 APR Attachment D Follow-up Questions |
| Doc. 8 | September 3, 2025 through September 26, 2025 | Emails re FY2025 APR Non-Domiciled CDL review |
| Doc. 9 | Attachment to 9/22/25 email from FMCSA | Non-domiciled CLP/CDL holders with sampled licenses highlighted |
| Doc. 10 | September 29, 2025 | Email re IT System Questionnaire |
| Doc. 11 | October 20, 2025 | Emails re APR Building Access |
| Doc. 12 | October 21, 2025 | FMCSA Notes from On-Site Manual Review of Non-Domiciled CDLs |
| Doc. 13 | October 22, 2025 through October 23, 2025 | Emails re Annual APR Requirements and FY25 Focus |
| Doc. 14 | Attachment to 10/23/25 Email from DMV | APR Follow-up Questions and Responses |
| Doc. 15 | October 28, 2025 | Final Sampled Non-Domiciled CDL Spreadsheet |
| Doc. 16 | October 28, 2025 | Non-Domiciled CDL Data - Noncompliant Sample Spreadsheet |
| Doc. 17 | October 29, 2025 | 2025 APR Checklist A Signed |
| Doc. 18 | October 29, 2025 | 2025 APR Checklist D Signed |
| Doc. 19 | November 2025 | DMV Source Docs - Combined MV-1 |

3

| DOCUMENT NUMBER | DATE OF DOCUMENT | DESCRIPTION OF DOCUMENT |
|---|---|---|
| Doc. 20 | November 2025 | DMV Source Docs - Combined MVR and Compass |
| Doc. 21 | December 12, 2025 | Preliminary Determination of Noncompliance issued to New York DMV |
| Doc. 22 | December 12, 2025 | Preliminary Determination - Appendix 1 |
| Doc. 23 | December 12, 2025 | Preliminary Determination - Appendix 2 |
| Doc. 24 | January 9, 2026 | DMV Response to Preliminary Determination with attachments |
| Doc. 25 | March 13, 2026 | FMCSA Response to DMV's January 9, 2026 Response. |
| Doc. 26 | March 23, 2026 | DMV Response to FMCSA's March 13, 2026 Letter |
| Doc. 27 | March 30, 2026 | Email from FMCSA to DMV Transmitting Appendices |
| Doc. 28 | Attachment to FMCSA March 30, 2026 Email | Preliminary Determination - Appendix 1 |
| Doc. 29 | Attachment to FMCSA March 30, 2026 Email | Preliminary Determination - Appendix 2 |
| Doc. 30 | April 9, 2026 through April 16, 2026 | Emails Regarding Request for Information Non-Domiciled CLP and CDL Data |
| Doc. 31 | April 16, 2026 | Notice of Final Determination of Substantial Noncompliance issued to New York DMV |

3