# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of August, two thousand and twenty-six,

---

State of New York, New York State Department of Motor Vehicles,

Petitioners,

v.

United States Department of Transportation, Sean Duffy, in his official capacity as Secretary of the Department of Transportation, Federal Motor Carrier Safety Administration, Derek Barrs, in his official capacity as Administrator of the Federal Motor Carrier Safety Administration,

Respondents.

---

**ORDER**
Docket No. 26-1097

Respondent moves for leave to seal documents 3, 4, 9, 15, 16, 17, 18, 19, 20, 22, 23, 28, and 29 of the administrative record under seal because they contain the personally identifiable information of third parties.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court