# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of November, two thousand twenty-six.

Before: Alison J. Nathan,
Sarah A. L. Merriam,
Matthew A. Schwartz,
*Circuit Judges*.

---

State of New York, New York State Department of Motor Vehicles,

Petitioners,

v.

United States Department of Transportation, Sean Duffy, in his official capacity as Secretary of the Department of Transportation, Federal Motor Carrier Safety Administration, Derek Barrs, in his official capacity as Administrator of the Federal Motor Carrier Safety Administration,

Respondents.

**JUDGMENT**

Docket No. 26-1097

---

The petition for review in the above captioned case from a final determination of the Federal Motor Carrier Safety Administration was argued on the agency's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the State of New York's petition is GRANTED and the final determination is set aside.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe